**No. 10-1348. Kathleen Johnson Parnell, Petitioner v. The Bank of New York, Acting Solely in Its Capacity as Trustee for EQCC Trust 2001-2.**

565 U.S. 817, 132 S. Ct. 98, 181 L. Ed. 2d 27, 2011 U.S. LEXIS 6647.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 56 So. 3d 160.

**No. 10-1349. Blondell F. Mitchell, Petitioner v. KDJM-FM, Jammin 92.5, et al.**

565 U.S. 817, 132 S. Ct. 98, 181 L. Ed. 2d 27, 2011 U.S. LEXIS 6659.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 405 Fed. Appx. 267.

**No. 10-1351. Alan Keyes, et al., Petitioners v. Debra Bowen, Secretary of State of California, et al.**

565 U.S. 817, 132 S. Ct. 99, 181 L. Ed. 2d 27, 2011 U.S. LEXIS 6851.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

Same case below, 189 Cal. App. 4th 647, 117 Cal. Rptr. 3d 207.

**No. 10-1353. Stanley D. Mosler, Petitioner v. City of Los Angeles, California, et al.**

565 U.S. 818, 132 S. Ct. 99, 181 L. Ed. 2d 27, 2011 U.S. LEXIS 6775.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 10.

**No. 10-1354. Devin Deon Collins, Petitioner v. Louisiana.**

565 U.S. 818, 132 S. Ct. 99, 181 L. Ed. 2d 27, 2011 U.S. LEXIS 6986.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, denied.

Same case below, 43 So. 3d 244.

**No. 10-1356. Tu My Tong, Petitioner v. Fred Rucker.**

565 U.S. 818, 132 S. Ct. 99, 181 L. Ed. 2d 27, 2011 U.S. LEXIS 6662.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-1358. Brad R. Johnson, Petitioner v. City of Kankakee, Illinois, et al.**

565 U.S. 818, 132 S. Ct. 99, 181 L. Ed. 2d 27, 2011 U.S. LEXIS 6898.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 397 Fed. Appx. 238.

**No. 10-1359. Douglas B. Moylan, Petitioner v. Territory of Guam, et al.**

565 U.S. 818, 132 S. Ct. 99, 181 L. Ed. 2d 27, 2011 U.S. LEXIS 6761.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Guam denied.

Same case below, 2011 Guam 2.